IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

       Plaintiff,

-vs-                Criminal Action No.
                   19-00399-01-CR-W-RK

JAMES JOHNSON,

       Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
  Government: Trey Alford
  Case Agent: ATF Special Agent Robert Millier
  Defense: Angela Williams

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:

  The Government will file a trial brief regarding admission of Defendant's prior murder conviction as it relates to Defendant's knowledge that he is a felon. The Defendant plans to file a motion in limine on this same topic.

  The Government also plans to file a motion in limine regarding self-defense.

**TRIAL WITNESSES**:
  Government: 4 with stipulations; 6 without stipulations
  Defense: no additional witnesses; Defendant may not testify

**TRIAL EXHIBITS**:
  Government: 25-40 exhibits
  Defense: no exhibits

**DEFENSES**:
  ( X ) defense of general denial
  ( ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial              ( X ) Likely for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: 1 ½ - 2 days

**STIPULATIONS**:
    (X) not likely
    (  ) not appropriate
    (  ) likely as to:
        (  ) chain of custody
        (  ) chemist's reports
        (  ) prior felony conviction
        (  ) interstate nexus of firearm
        (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 2, 2021
    Defense: August 2, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: August 2, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 2, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing August 16, 2021
    **Please note**: *Both parties request the second week of the docket.*

**OTHER**:
    (  ) A _____-speaking interpreter is required.
    (  ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                          */s/ Jill A. Morris*
                                          JILL A. MORRIS
                                          United States Magistrate Judge